IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRIAN B. PETTIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | NO. CV-2009-00388-CB-N |
| | * | |
| BOSARGE DIVING, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | * | |

## DEFENDANT'S AMENDED NOTICE
## OF SUPPLEMENTAL EXPERT DISCLOSURE

Defendant, Bosarge Diving Inc., serves notice that it has on April 30, 2010 served additional expert disclosure on counsel for Plaintiff as follows: written report of review of medical records by Dr. Richard Moon, Duke University Medical Center, dated April 30, 2010.

_____
GREGORY C. BUFFALOW (BUFFG3126)
E-mail: gcb@alfordclausen.com
MARK A. DOWDY (DOWDM7115)
E-mail: mad@alfordclausen.com

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

CERTIFICATE OF SERVICE

    I hereby certify that on **Apr 30, 2010**, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Dwain C. Denniston, Jr., Esq.
Michael G. Huey, Esq.
Huey Law Firm, LLC
Post Office Box 1806
Mobile, AL 36633

_____
COUNSEL